IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OBERALIS LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>AEROPOSTALE, INC.,<br><br>        Defendant. | CASE NO. 2:15-CV-00950-JRG |

### JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff Oberalis LLC ("Oberalis") and Defendant Aeropostale, Inc. ("Aeropostale") and file this Joint Motion to Stay All Deadlines and in support would respectfully show the Court as follows:

1. Oberalis and Aeropostale have resolved their disputes and are finalizing settlement paperwork;

2. Oberalis and Aeropostale believe they need a reasonable amount of time, not to exceed 30 days, to finalize all paperwork and file the appropriate dismissal papers;

3. A stay of all pending deadlines for a period of 30 days including the deadline to answer or otherwise respond to the Complaint filed in this matter, pending finalization of all paperwork and the filing of appropriate dismissal papers, would allow Oberalis and Aeropostale to avoid incurring additional expenses and costs, and serve the interests of justice.

WHEREFORE, Oberalis and Aeropostale request a stay of all deadlines, including the deadline to answer or otherwise respond to the Complaint, for a period of 30 days pending finalization of all paperwork and the filing of the appropriate dismissal papers.

Dated: August 24, 2015        /s/ Brian Craft
                              Eric H. Findlay (Texas Bar No. 00789886)
                              Brian Craft (Texas Bar No. 04972020)
                              FINDLAY CRAFT, P.C.
                              102 North College Ave.
                              Suite 900
                              Tyler, TX 75702
                              Telephone:  (903) 534-1100
                              Facsimile:   (903) 534-1137
                              efindlay@findlaycraft.com
                              bcraft@findlaycraft.com

                              **Attorneys for Defendant Aeropostale, Inc.**

                              By: /s/ Jaspal S. Hare
                              Jaspal S. Hare (lead counsel)
                              Texas Bar No. 24083135
                              jaspal.hare@solidcounsel.com

                              David B. Dryer
                              Texas Bar. No. 06313500
                              david.dyer@solidcounsel.com

                              Bryan R. Haynes
                              Texas Bar No. 9283520
                              bryan.haynes@solidcounsel.com

                              SCHEEF & STONE L.L.P.
                              500 North Akard, Suite 2700
                              Dallas, TX 75201
                              Tel: (214) 706-4200
                              Fax: (214) 706-4242

                              **Attorneys for Plaintiff**
                              **Oberalis LLC**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on August 24, 2015 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

                                             */s/ Brian Craft*
                                             Brian Craft