### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |
|---|---|
| **OBERALIS LLC,** | |
| **Plaintiff,** | **No. 2:15-cv-950-JRG** |
| **v.** | |
| **TARGET CORPORATION,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

### NOTICE OF VOLUNTARY WITHDRAWAL WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Oberalis LLC notifies this Court of its voluntary withdrawal of this case and respectfully requests that this Court dismiss this action with prejudice.  The parties have resolved Plaintiff's claims for relief. Defendant has not answered Plaintiff's complaint, and it has not filed a motion for summary judgment.

Dated: September 2, 2015

Respectfully submitted,

_____
Peter J. Corcoran, III – Lead Attorney
Texas State Bar No. 24080038
**CORCORAN IP LAW, PLLC**
2509 Richmond Road, Suite 380
Texarkana, Texas 75503
Tel: (903) 701-2481
Fax: (844) 362-3291
Email: peter@corcoranip.com

*Counsel for Plaintiff*
*Genaville LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that all counsel of record whom have consented to electronic service were served with a copy of this document under this Court's CM/ECF system and local rules on this 2nd day of September, 2015.

_____
Peter J. Corcoran, III